[Cite as *01/28/2003 Case Announcements,* 2003-Ohio-333.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
## *January 28, 2003*

### MOTION AND PROCEDURAL RULINGS

**2003–0154.   State ex rel. Dapper v. Edwards.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relators' motion for stay of demolition of home,
   IT IS ORDERED by the court that the motion for stay be, and hereby is, denied.

**2003–0161.   Robinson v. Lane.**
Marion App. No. 9–02–61. This cause was filed as a claimed appeal of right. Upon consideration of appellant's jurisdictional memorandum, it is determined by the court that this cause originated in the court of appeals and therefore should proceed as an appeal of right pursuant to S.Ct.Prac.R. II(1)(A)(1).
   IT IS ORDERED by the court that the Clerk shall issue an order for the transmittal of the record from the Court of Appeals for Marion County and that the parties shall proceed in accordance with S.Ct.Prac.R. VI.